UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| DENISE Y. DUSON, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00739-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#16[1]) entered on July 19, 2012, recommending that Plaintiff's Motion for Reversal or Remand (#9) filed on March 28, 2012 be denied and Defendant's Cross-Motion for Summary Judgment (#15) filed on May 23, 2012, be granted. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#16) entered on July 19, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#16) entered on July 19, 2012, is adopted and accepted, and Plaintiff's Motion for Reversal or Remand (#9) is DENIED;

    IT IS FURTHER ORDERED that Defendant's Cross-Motion for Summary Judgment (#15) is GRANTED.

    IT IS SO ORDERED.

    DATED this 20th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE